IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:17-cv-121 (RCL)<br>)<br>)<br>)<br>)<br>) |

[PROPOSED] ORDER

Upon consideration of Plaintiff's May 12, 2017 Motion to Compel Preservation and *the reply, and the record herein,* Defendant's Opposition, it is hereby **ORDERED** that the Motion be and hereby is **DENIED**.

**IT IS SO ORDERED**

_____
ROYCE C. LAMBERTH
United States District Judge

Date: 6/25/17