IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> *Plaintiff*, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION <br><br> *Defendant*. | Civil Action No. ___17-121___ |

**PLAINTIFF'S COMBINED OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Electronic Privacy Information Center, respectfully opposes the Defendant the Federal Bureau of Investigation's Motion for Summary Judgment, and cross-moves for summary judgment pursuant to Federal Rule of Civil Procedure 56(a) for the reasons set forth in the accompanying Memorandum of Points and Authorities.

Dated: November 15, 2017

Respectfully submitted,

MARC ROTENBERG
EPIC President and Executive Director

/s/ Alan Jay Butler
ALAN JAY BUTLER
Senior Counsel
Electronic Privacy Information Center
1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009

*Counsel for Plaintiff*